IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DUANE JOHNSON,

        Plaintiff,                      No. 2:08-CV-2046-RCF

    vs.

ROBINSON, et al.,

        Defendants.
_____/

## ORDER GRANTING MOTION FOR EXTENSION OF TIME
## TO FILE AMENDED COMPLAINT

On March 20, 2009, this court screened plaintiff's pro se amended complaint; found he had stated a cognizable claim for relief against one defendant, but had failed to state additional claims against that defendant and other named defendants; and gave him 30 days to either file an amended complaint or notify the court he wished to proceed on the cognizable claim only (*see* Docket No. 10). Plaintiff has informed the court he wishes to file an amended complaint and seeks an extension of time for filing it. Good cause having been shown, it is hereby ORDERED as follows:

    1.     Plaintiff's motion for an order extending time to file an amended complaint, filed
            April 2, 2009 (Docket No. 12), is granted.

2. Plaintiff shall file an amended complaint <u>no later than May 1, 2009</u>.

3. The Clerk's Office shall send plaintiff a copy of his original complaint (Docket No. 1) and first amended complaint (Docket No. 7) along with this order.

4. If plaintiff fails to file his amended complaint by May 1, 2009 or seek a further extension, this action will be dismissed for failure to comply with a court order.

DATED: April 6, 2009

/s/ Raymond C. Fisher

UNITED STATES CIRCUIT JUDGE
Sitting by Designation