UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE JOHNSON, | No. 2:08-CV-2046 RCF (P) |
| Plaintiff, | |
| v. | ORDER |
| E. ROBINSON, | |
| Defendant. | |

Defendant's request for an adjournment of the April 5, 2010 trial date is GRANTED. The trial will commence on May 17, 2010 at 9:00 a.m. in Courtroom 7 of the Robert T. Matsui Federal Courthouse. All other deadlines established in the October 1, 2009 scheduling order remain in place.

DATED: December 30, 2009

/s/ Raymond C. Fisher
Raymond C. Fisher
United States Circuit Judge
Sitting by Designation