UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DUANE JOHNSON, | | No. 2:08-CV-2046 RCF (P) |
| Plaintiff, | | |
| v. | | ORDER |
| E. ROBINSON, | | |
| Defendant. | | |

On January 11, 2010, plaintiff filed a motion for leave to amend the complaint. On or before January 27, 2010, defendant is ordered to notify the court whether he opposes the motion, and, if so, why.

DATED: January 13, 2010

/s/ Raymond C. Fisher
Raymond C. Fisher
United States Circuit Judge
Sitting by Designation

1