UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE JOHNSON, | No. 2:08-CV-2046 RCF (P) |
| Plaintiff, | |
| v. | ORDER |
| E. ROBINSON, | |
| Defendant. | |

1. Plaintiff's motion for leave to amend the complaint, filed January 11, 2010, is DENIED. The case shall proceed in compliance with plaintiff's May 6, 2009 motion to proceed on a single claim and this court's May 13, 2009 order to that effect.

2. Plaintiff's letter filed with this court on February 18, 2010, is construed as a motion to compel production of documents and DENIED as untimely. The discovery and scheduling order entered October 1, 2009 required any motion to compel discovery to be filed by January 18, 2010 and plaintiff has failed to establish good cause why that scheduling order should be modified. *See* Fed. R. Civ. Proc. 16(b)(4).

3. Plaintiff's motion for an extension of time to file an opposition to defendant's motion for summary judgment, filed March 3, 2010, is GRANTED IN PART. Plaintiff's opposition to the motion for summary judgment is due April 6, 2010. Defendant may file a reply not more than 7 days after plaintiff's opposition is served.

4. The deadlines for filing pretrial statements, the pretrial conference date and the trial date are VACATED pending further order of this court. All other deadlines remain in place.

//

//

//

DATED: March 12, 2010

/s/ Raymond C. Fisher
Raymond C. Fisher
United States Circuit Judge
Sitting by Designation